ACCEPTED
04-14-00709-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/20/2015 3:34:01 PM
KEITH HOTTLE
CLERK

Nos. 04-14-00709-CR

| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| VS. | § | FOURTH JUDICIAL DISTRICT |
| FRANCISCO JAVIER GONZALEZ | § | BEXAR COUNTY, TEXAS |

FILED IN
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/20/2015 3:34:01 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

From the 399th District Court of Bexar County, Texas
Trial Court No. 2011-CR-9697
Hon. Ray J. Olivarri, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

Appellant's reply brief is due to be filed on Monday, the 20th of July, 2015. The undersigned requests additional time to prepare and file Appellant's opening brief. Counsel has been working on several appellate cases, including an opening brief before the Third Court of Appeals in Cause No. 03-15-00220-CR, and a reply brief before this Court in Cause No. 04-15-00125-CR. Counsel requests an extension of fourteen (14) days, to and including Monday, July 3, 2015. This is Appellant's third request for an extension.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:   /s/ Robert A. Jimenez
      SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of July, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Opening Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on July 20, 2015.

/s/ ROBERT A. JIMENEZ